BEFORE THE THIRD DIVISION, MAY 6, 1965

No. 69294.—Bloomingdale Bros. (a div. of Fed. Dept. Stores, Inc.) v. United States, protest 64/18641 (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of earthenware similar in all material respects to that the subject of *Justin Tharaud & Son, Inc., et al.* v. *United States* (44 Cust. Ct. 216, C.D. 2177), and *United States* v. *M. & D. Miller, Inc.* (41 CCPA 226, C.A.D. 556), the claim of the plaintiff was sustained.

MAY 3, 1965

No. 69295.—Shell Oil Co. v. United States, protest 195630–K.——————————C.D. 2509, rehearing denied Abstract 69233. Plaintiff's application for rehearing denied as untimely filed.

MAY 6, 1965

No. 69296.—Henley & Co., Inc., et al. v. United States, protests 64/17371, etc. Protests dismissed April 1, 1965.
Plaintiffs' application for rehearing granted.

BEFORE THE FIRST DIVISION, MAY 10, 1965

No. 69297.—S. H. Kress & Co. v. United States, protest 59/1187 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of glass paperweights similar in all material respects to those the subject of Abstract 64185, the claim of the plaintiff was sustained.